HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SCOTT HARVEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:19-mj-00055-JDP |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE REVIEW HEARING; ORDER** |
| vs. | |
| SCOTT HARVEY, | |
| Defendant. | |

  The parties, through their respective counsel, Sean Anderson, Legal Officer, Yosemite National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Scott Harvey, hereby stipulate and jointly move this Court to vacate the review hearing currently calendared for September 2, 2020.

  On October 3 2019, the Honorable Jeremy D. Peterson sentenced Mr. Harvey to a term of 12 months unsupervised probation and to pay a fine and special assessments totaling $250.00. Mr. Harvey has paid his fine in full and is in compliance with all terms of probation. The undersigned defense counsel respectfully moves the court to vacate the review hearing and terminate probation.  The government does not object.

//

//

//

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  |  |
| 3 |  | McGREGOR W. SCOTT<br>United States Attorney |
| 4 | Dated:  August 27, 2020 | */s/ Sean Anderson*<br>SEAN ANDERSON |
| 5 |  | Acting Legal Officer<br>National Park Service |
| 6 |  | Yosemite National Park |
| 8 |  | HEATHER E. WILLIAMS<br>Federal Defender |
| 10 | Dated: August 27, 2020 | */s/ Benjamin A. Gerson*<br>BENJAMIN A. GERSON |
| 11 |  | Assistant Federal Defender<br>Attorney for Defendant |
| 12 |  | SCOTT HARVEY |

Harvey – Stipulation to
Vacate Review Hearing                    2

**ORDER**

Based on the parties' joint representation that Mr. Harvey is in compliance with the conditions of his probation, the court vacates the review hearing in case 6:19-mj-00055-JDP scheduled for September 2, 2020, at 10:00 a.m., and terminates probation.

IT IS SO ORDERED.

Dated:   August 31, 2020

_____
UNITED STATES MAGISTRATE JUDGE